IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

---

## ORDER DIRECTING GOVERNMENT RESPONSE

---

This matter is before the Court on Defendant's Motion to Stay Proceedings, and for Order Directing Competency Evaluation and for Appointment of Psychiatrist (Dkt. # 16). The government is DIRECTED to respond to this motion no later than **5:00 p.m. December 16, 2005.**

    DATED: December 9, 2005

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge