IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.
_____

### ORDER APPOINTING DR. RICHARD MARTINEZ TO CONDUCT AND COMPLETE A COMPETENCY EVALUATION
_____

Defendant's Motion to Direct Competency Evaluation and for Appointment of Psychiatrist (Dkt. # 16) is GRANTED. It is therefore

ORDERED that the Court appoints Dr. Richard Martinez to conduct a competency evaluation and deliver a written report in compliance with 18 U.S.C. § 4247(c). It is

FURTHER ORDERED that the competency evaluation shall be conducted at the Federal Detention Facility in Englewood, Colorado, absent a request by the Government that it be conducted elsewhere. It is

FURTHER ORDERED that Dr. Martinez shall deliver a written report to the Court, with copies to the parties, no later than February 3, 2006. It is

FURTHER ORDERED that the Government shall incur the cost of said evaluation.

DATED December 30, 2005.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge