IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

---

## ORDER TO SET STATUS CONFERENCE

---

The Court, having received the competency evaluation report regarding Defendant Robert Pope, hereby

ORDERS that a status conference regarding this matter is set for **February 24, 2006 at 10:30 a.m.** Defendant Pope need not be present at the status conference. However, if Defendant Pope desires to be present, defendant's counsel should make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver (303-335-2020) for Defendant Pope to appear by telephone or video conferencing.

DATED: February 3, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge