IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

## ORDER PURSUANT TO 18 U.S.C. § 4241(d)

This matter comes before the Court upon stipulation by the parties that the defendant is incompetent to proceed.  Upon review of the forensic evaluation of Dr. Richard Martinez, the Court enters the following ORDERS:

1.    The defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2.    The defendant is hereby committed to the custody of the United States Attorney General, and shall be hospitalized in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit a trial to proceed; or for additional time if requested and duly authorized by the Court.

3. Not later than 120 days from this date, the Federal Medical Center shall notify the Court and the parties of the defendant's mental status and prognosis anticipated in accordance with the provisions of 18 U.S.C. § 4241(d).

4. Pursuant to 18 U.S.C. § 3161(h)(4), the Court finds that the delay resulting from the defendant's incompetency to proceed is excluded from calculation of the time within which an indictment or information must be filed.

In light of the foregoing, IT IS FURTHER ORDERED that the status conference set for February 24, 2006 is hereby VACATED and RESET on **July 7, 2006 at 9:00 a.m.**

DATED: February 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge