IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

_____

**ORDER**
_____

    Defendant's Request for Mr. Pope to be Present in Person for the February 24, 2006 Status Conference (Dkt. # 26) is **DENIED as moot.**

    DATED: March 14, 2006.

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge