IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

___

## ORDER TO RESET STATUS CONFERENCE
___

The Court, having reviewed defendant's Unopposed Motion to Continue Status Hearing (Dkt. # 30) and the file, hereby

ORDERS that the status conference currently set for July 7, 2006 is CONTINUED to **November 6, 2006 at 9:00 a.m.**  Defendant Pope need not be present at the status conference.  If Defendant Pope desires to be present, defendant's counsel should make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver (303-335-2020) for Defendant Pope to appear by telephone or video conferencing.

    DATED: June 20, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge