IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

---

## ORDER VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING

---

In response to the Notice of Disposition (Dkt. # 33) filed in the above matter, it is ORDERED that the Status Conference currently set for Monday, November 6, 2006, at 9:00 a.m. is VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than November 9, 2006 to set this matter for a Change of Plea Hearing.

DATED: November 3, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge