IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00505-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT POPE,

    Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

At the request of both counsel, and in response to the Notice of Disposition (Dkt. # 33) filed on November 3, 2006, a Change of Plea hearing is set for **Monday, November 13, 2006 at 3:00 p.m.**  Counsel has indicated that courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" will be delivered to Judge Figa's chambers and to the Probation Department no later than November 8, 2006.  The original and one copy of these documents should be delivered to Judge Figa's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

    DATED: November 7, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge