## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00505-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ROBERT POPE,

       Defendant..

_____

## ORDER GRANTING DECREASE IN OFFENSE LEVEL
_____

THIS MATTER coming before the Court upon motion of the government to grant the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section  3E1.1(b), and the Court having considered the same,

IT IS HEREBY ORDERED that the defendant be granted an additional one-level decrease in the offense level this 5th day of  February, 2007.

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge